# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| BEVERLEE W. PRIEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:06-CV-065-TS |
| | ) | |
| ROBERT GREGORY BRUMMER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Magistrate Judge Cosbey's Report and Recommendation [DE 92], which was docketed March 11, 2008. The Report and Recommendation addressed the Plaintiff's Motion for Default Judgment [76] and Motion for Damage Award in Default Judgment Against Defendant Brummer [DE 84].

The Court notes that as more than 10 days have passed since attempts were made to serve the Defendant with Report and Recommendation, which was sent to two addresses for the Defendant but returned as undeliverable/refused, *see* DE 93, 94, any objections are now waived.

Having reviewed the Report and Recommendation, the Court now ACCEPTS and ADOPTS the Report and Recommendation in full. Accordingly, the Clerk is DIRECTED to enter a default and default judgment against the Defendant in accordance with the Report and Recommendation.

So ORDERED on July 18, 2008.

    s/ Theresa L. Springmann  
    THERESA L. SPRINGMANN  
    UNITED STATES DISTRICT COURT